IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BYRON ANIBAL JACINTO MENDEZ, )
 )
 )
 Petitioner, )
 )
v. ) Civil Action No. 1:26-cv-275 (PTG/IDD)
 )
KRISTI NOEM, *et al.*, )
 )
 )
 Respondents. )
_____)

## ORDER

This matter is before the Court on Notice of Petitioner's Fixed Address and Motion to Seal [Dkt. No. 7] ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and Rule 5 of this Court's Local Civil Rules, it is hereby

ORDERED that the Motion is **GRANTED in part and DENIED in part**. The Notice of Fixed Address [Dkt. No. 11] shall be sealed only as to the first line of the address.

ENTERED this 3rd of April 2026.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia